In re WATSON. (Supreme Court, Appellate Division, First Department. June 6, 1902.) In the matter of Charles A. Watson. No opinion. Reference ordered.

---

WEINER, Appellant, v. WEINER, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by Louis Weiner, an infant, against Jennie Weiner. L. A. Snitkin, for appellant. A. S. Schomer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re WELCH. (Supreme Court, Appellate Division, Fourth Department. June 6, 1902.) In the matter of proceedings for the disbarment of Walter Welch, an attorney and counselor.

PER CURIAM. Ordered, that the charges herein be referred to the Honorable Tracey C. Becker, an attorney and counselor of this court residing in the city of Buffalo, to take proof of the matters contained in said charges and report the same to this court, together with his opinion thereon, at an adjourned term thereof on the 8th day of July, next; that Charles G. Baldwin, Esq.; an attorney and counselor of this court, residing in the city of Syracuse, be designated as counsel to assist the district attorney of Onondaga county in the prosecution of said charges; that Fred J. Morgan, the official stenographer who reported the trial of the action out of which said charges arose, be directed to furnish for the use of the district attorney and his counsel full and complete transcript of all the testimony and proceedings had upon such trial; and that said Fred J. Morgan be designated as the stenographer to report the proceedings upon said reference.

---

In re WELCH. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) In the matter of the proceedings for the disbarment of Walter Welch, an attorney and counselor. No opinion. Report of referee confirmed, and proceedings dismissed.

---

WHITE, Respondent, v. JACKSON et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Lewis G. White against Loyal L. Jackson and another. No opinion. Judgment affirmed, with costs.

---

WHITNEY v. GRAFF. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Charles H. Whitney against Aaron A. Graff. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

---

WILEMAN v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Action by Hattie Wileman against the Metropolitan Street Railway Company. No opinion. Motion denied.

---

WILEY v. STEWART. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Charles A. Wiley against Perez M. Stewart, as superintendent. J. E. Smith, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

WILHELM, Respondent, v. WILHELM, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by Caro Wilhelm against Emil Wilhelm, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

---

ZAPF, Respondent, v. CARTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 6, 1902.) Action by Francis X. Zapf against Lulu N. Carter.

PER CURIAM. Motion for leave to appeal to the court of appeals granted, the following question to be certified to that court, viz.: Did the defendant (Lulu N. Carter) and Margaret Spalsbury hold the premises described in the complaint adversely for 20 years prior to the commencement of this action, and did such adverse holding ripen into a perfect title in said Lulu N. Carter?

END OF CASES IN VOL. 77.